denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands, etc., Situated on Vyse and Bryant Avenues, South of East Tremont Avenue, etc., Selected as Site for School Purposes.— Motion granted.    Settle order on notice to corporation counsel.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

MOR W. TESTA v. CLASSIC THEATRE CORPORATION.— Motion granted.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

EDWARD A. SILBERSTEIN, Individually and as Trustee, etc., v. WILLIAM MURDOCH.— Motion denied.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

ELLEN PIERCE, as Administratrix, etc., of STEPHEN FRANCIS PIERCE, Deceased, v. MUNSON STEAMSHIP LINE and Others.— Motion granted.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

WILLIAM WEINROTH v. EQUITABLE SURETY COMPANY OF NEW YORK and Another.— Motion granted.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

FANNIE SCHEAR v. ISAAC HUTKOFF and Others.    GEORGE SCHEAR v. ISAAC HUTKOFF and Others.— Motion granted.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

NEW YORK STEAM CORPORATION v. THE CITY OF NEW YORK.— Motion denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

HILDA BERGER v. IRVING BERGER.— Motion granted.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

REBECCA EISEMAN and Another, as Administratrices, etc., v. ANNA POLSTEIN, Impleaded, etc.— Motion granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before October 5, 1926.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ISIDOR DENNIS.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

HENRY M. SLIOSBERG v. NEW YORK LIFE INSURANCE COMPANY.    (Action No. 1.) — Motion granted; questions certified.    Present — Clarke, P. J., Finch, McAvoy and Wagner, JJ.

HENRY M. SLIOSBERG v. NEW YORK LIFE INSURANCE COMPANY.    (Action No. 2.) — Motion granted; questions certified.    Present — Clarke, P. J., Finch, McAvoy and Wagner, JJ.

GUSTAVE M. PERLA v. TIBER PUBLISHING CORPORATION.— Motions denied, with ten dollars costs, and stays vacated.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

ALBERT P. CROUZE v. HENRY D. TUDOR and Others.— Motion granted.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

ISIDORE MILLER Co., INC., v. JACK S. KARPEN.— Application denied, with ten dollars costs, and stay vacated.    Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

ELIZABETH KATZ v. STRATTON BLISS Co., INC., and Another.— Application